[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 375.]

THE STATE EX REL. MCFADDEN ET AL., APPELLEES, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. McFadden v. Indus. Comm.*, 1998-Ohio-67.]

*Workers' compensation—Court of appeals' judgment affirmed on authority of State ex rel. Russell v. Indus. Comm.*

(No. 97-1446—Submitted September 16, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD02-225.

_____

*Weiner, Suit & Coury* and *Paul W. Newendorp*, for appellees.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader*, Assistant Attorney General, for appellant Industrial Commission of Ohio.

*David R. Cook*, for appellant Stoneridge, Inc.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State ex rel. Russell v. Indus. Comm.* (1998), 82 Ohio St.3d 516, 696 N.E.2d 1069.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____